UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-05400 |
| Michael M Pineiro, Jr. | ) | |
| Jacqueline D Pineiro | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtors' motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that the default accruing though June 2024 is deferred.

2. That the remaining payments under the plan shall be $1,239 for 31 months beginning July 2024.

3. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: _Jacqueline P. Cox_

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: July 08, 2024

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600